## IN THE UNITED STATES DISTRICT COURT FOR THE
## NORTHERN DISTRICT OF FLORIDA
## TALLAHASSEE DIVISION

**TERRA CARROLL,**

        **Plaintiff,**

**v.**                            **Case No. 4:16cv755**

**STATE OF FLORIDA,**

        **Defendant.**

_____/

## ORDER ACCEPTING AND ADOPTING
## REPORT AND RECOMMENDATION

This Court has considered, without hearing, the Magistrate Judge's Report and Recommendation.  ECF No. 12.   Upon consideration, no objections having been filed by the parties,

IT IS ORDERED:

The report and recommendation is **accepted and adopted** as this Court's opinion.  The Clerk shall enter judgment stating, "This case is **DISMISSED** without prejudice for failure to comply with Court orders.  Defendant's pending motions, ECF Nos. 10 and 11, are **DENIED**."  The Clerk shall close the file.

**SO ORDERED on March 15, 2017.**

                          **s/Mark E. Walker**_____
                          **United States District Judge**